IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02936-STV

JOHN MEGGS et al,

    Plaintiffs,

vs.

SOUTHWESTERN INVESTMENTS, LLC,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiffs, with consent of Defendant, to inform the Court that the parties have settled the above-captioned matter. Counsel for the parties expect to file a stipulated dismissal with prejudice within the next sixty days. The parties request that the Court enter a 60-day order which will administratively terminate the action and moot all pending deadlines.

Respectfully submitted this 6th day of August 2022.

*s/ Jon G. Shadinger Jr.*
Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
717 E. Elmer Street, Suite 7
Vineland, NJ 08360
Phone (609) 319-5399
Fax (314) 898-0458
js@shadingerlaw.com
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 6th day of August 2022, I electronically filed a true and correct copy of the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Jon G. Shadinger Jr.*
Jon G. Shadinger Jr., Esq.
